UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>J-C MARKETS, INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-0308 LJO DLB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 15.) |

Plaintiff's counsel notified this Court that settlement has been reached with defendant J-C Markets, Inc. only. Pursuant to this Court's Local Rule 160, this Court ORDERS the settling parties, **no later than July 18, 2012,** to file appropriate papers to dismiss or conclude this action as to defendant J-C Markets, Inc., or to show good cause why the action as to defendant J-C Markets, Inc. has not been dismissed or concluded.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   June 12, 2012**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE