1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                              )  No.  1:12-CV-00308-LJO-DLB
                                              )
12         Plaintiff,                         )  **STIPULATION FOR DISMISSAL OF**
                                              )  **DEFENDANT J-C MARKETS, INC.**
13    vs.                                     )  **ONLY; ORDER**
                                              )
14 J-C MARKETS, INC., et al.                  )
                                              )
15         Defendants.                        )
                                              )
16                                            )
                                              )
17 _____ )

18     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19 J-C Markets, Inc., by and through their respective counsel, that ONLY Defendant J-C Markets,

20 Inc. is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii).

22 Date: July 9, 2012                              MOORE LAW FIRM, P.C.

23

24
                                                  /s/Tanya E. Moore
25                                                Tanya E. Moore
                                                  Attorney for Plaintiff Ronald Moore
26

27
   ///
28

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Defendant J-C Markets, Inc. Only; [Proposed] Order
Page 1

1  Date: July 9, 2012                                       COLEMAN & HOROWITT, LLP

                                                            /s/ C. Fredrick Meine, III
                                                            C. Fredrick Meine, III
                                                            Attorneys for Defendant J-C Markets, Inc.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that ONLY Defendant J-C Markets, Inc. is dismissed with prejudice from this action.


IT IS SO ORDERED.

Dated:   **July 9, 2012**                         **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

---

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Defendant J-C Markets, Inc. Only; [Proposed] Order
Page 2