1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                        )   No.  1:12-CV-00308-LJO-DLB
                                         )
12          Plaintiff,                   )   **STIPULATION FOR DISMISSAL OF**
                                         )   **DEFENDANT J-C MARKETS, INC.**
13      vs.                              )   **ONLY; ORDER**
                                         )
14  J-C MARKETS, INC., et al.            )
                                         )
15          Defendants.                  )
                                         )
16                                       )
                                         )
17  _____      )

18      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19  J-C Markets, Inc., by and through their respective counsel, that ONLY Defendant J-C Markets,

20  Inc. is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure

21  41(a)(1)(A)(ii).

22  Date: July 9, 2012                              MOORE LAW FIRM, P.C.

23

24
                                                   /s/Tanya E. Moore
25                                                 Tanya E. Moore
                                                   Attorney for Plaintiff Ronald Moore
26

27
    ///
28

---

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Defendant J-C Markets, Inc. Only; [Proposed] Order
Page 1

1  Date: July 9, 2012                                COLEMAN & HOROWITT, LLP

2

3
                                                    /s/ C. Fredrick Meine, III
4                                                   C. Fredrick Meine, III
                                                    Attorneys for Defendant J-C Markets, Inc.
5

6

7                                           **ORDER**

8

9       The parties having so stipulated,

10      IT IS HEREBY ORDERED that ONLY Defendant J-C Markets, Inc. is dismissed with

11  prejudice from this action.

12

13

14  IT IS SO ORDERED.

15      Dated:   **July 9, 2012**                    **/s/ Lawrence J. O'Neill**
16                                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Defendant J-C Markets, Inc. Only; [Proposed] Order
Page 2