1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          ) No.  1:12-CV-00308-LJO-DLB
                                            )
12          Plaintiff,                      )
                                            ) **STIPULATION GRANTING PLAINTIFF**
13      vs.                                 ) **LEAVE TO FILE FIRST AMENDED**
                                            ) **COMPLAINT; [PROPOSED] ORDER**
14                                          )
    GARY R. HONEYCUTT and ANNIE E.          )
15  HONEYCUTT dba B.J.'S KOUNTRY            )
    KITCHEN,                                )
16                                          )
                                            )
17          Defendants.                     )
                                            )

18

19      **WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), seeks to amend his complaint to

20  allege additional access barriers which relate to his disability which were identified at a site

21  inspection of the subject property by Plaintiff which took place on October 10, 2012;

22      **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad

23  faith, the amendment is not futile, and such amendment does not prejudice defendants Gary R.

24  Honeycutt and Annie E. Honeycutt dba B.J.'s Kountry Kitchen ("Defendants"), nor does the

25  amendment in any way change the nature of the action;

26      **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

27  Defendants, the remaining parties to this action, through their respective attorneys of record,

28  that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as

Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: November 19, 2012         MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff, Ronald Moore

WILD, CARTER & TIPTON

/s/ Wesley J. Hammond
Wesley J. Hammond
Attorneys for Defendants, Gary R. Honeycutt and Annie E. Honeycutt dba B.J.'s Kountry Kitchen

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **November 21, 2012**         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE