K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>               Plaintiff,<br><br>     vs.<br><br>J-C MARKETS, INC., et al.,<br><br>        Defendants.<br>_____ | No.  1:12-CV-00308-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants Gary R. Honeycutt and Anne E. Honeycutt dba B.J.'s Kountry Kitchen ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 1, 2013                                    MOORE LAW FIRM, P.C.



/s/Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Ronald Moore

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

1  Date: January 31, 2013                    WILD, CARTER & TIPTON

2

3                                            /s/ Richard A. Harris

4                                            Richard A. Harris
                                             Attorneys for Defendants Gary R.
5                                            Honeycutt and Anne E. Honeycutt dba
                                             B.J.'s Kountry Kitchen
6

7

8

9                                    **ORDER**

10

11        The parties having so stipulated,

12        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

13                              The clerk is directed to close this action.

14

15

16

17   IT IS SO ORDERED.

18

19        Dated:   **February 1, 2013**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

*Moore v. J-C Markets, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                              Page 2